No. 930. RAILROAD COMMISSION OF TEXAS ET AL. *v.* HUMBLE OIL & REFINING CO.

May 6, 1940. Motion for stay. The enforcement of the injunction is stayed until action upon the statement as to jurisdiction. See p. 616.

No. —, original. EX PARTE W. J. MEREDITH ET AL. May 6, 1940. The motion for a temporary restraining order pending the motion for leave to file a petition for a writ of mandamus, presented to MR. JUSTICE FRANKFURTER and referred by him to the Court, is denied.

No. —, original. EX PARTE R. L. SCOTT. May 6, 1940. Motion for leave to file a petition for writ of mandamus denied.

No. 943. EAVEY COMPANY ET AL. *v.* DEPARTMENT OF TREASURY OF INDIANA ET AL. May 20, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Hendrick* v. *Maryland,* 235 U. S. 610; *Hicklin* v. *Coney,* 290 U. S. 169, 173; *Carley & Hamilton* v. *Snook,* 281 U. S. 66, 72–73; *Arthur* v. *Indiana,* 309 U. S. 630. *Messrs. Lloyd D. Claycombe* and *Albert Stump* for appellants. *Messrs. Joseph W. Hutchinson* and *Rexell A. Boyd* for appellees.